GOELDNER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Ernest B. Goeldner against the New York Telephone Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff will

stipulate to reduce the verdict to $370, and if plaintiff so stipulates the judgment is so modified, and, as modified, judgment and order unanimously affirmed, without costs.